## UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                :
                                                                :
VIETNAM YUZHAN PACKAGING TECHNOLOGY             :
COMPANY LIMITED                                                 :
                                                                :
        Plaintiffs,     :
                                                                :
    v.                                      :    Court No. 26-01228
                                                                :
                                                                :
UNITED STATES,                                                  :
                                                                :
        Defendant.       :
                                                                :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).


Gina Justice
Clerk of the Court



By:    /s/ Scott Warner
        Deputy Clerk


Date:  April 1, 2026
       New York, New York